**Order entered December 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01556-CV

**IN RE HAROON RASHEED, SOLAR HEALTH P.A., HRMD MANAGEMENT LLC, TEXAS PAIN PHYSICIANS AND INTEGRATED HOSPITAL SPECIALISTS, Relators**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04492**

## ORDER
Before Justices Myers, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE